**THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

The State, Respondent,

v.

Frederick L. Flowers, Appellant.

Appellate Case No. 2012-212907

_____

Appeal From Charleston County
J. C. Nicholson, Jr., Circuit Court Judge

_____

Unpublished Opinion No. 2014-UP-185
Submitted February 1, 2014 – Filed May 7, 2014

_____

**APPEAL DISMISSED**

_____

Appellate Defender Benjamin John Tripp, of Columbia;
and Frederick L. Flowers, pro se, for Appellant.

Attorney General Alan McCrory Wilson and Senior
Assistant Deputy Attorney General Donald J. Zelenka,
both of Columbia, for Respondent.

_____

**PER CURIAM:** Dismissed after consideration of Appellant's pro se brief and review pursuant to *Anders v. California*, 386 U.S. 738 (1967). Counsel's motion to be relieved is granted.[1]

**APPEAL DISMISSED.**

**WILLIAMS, KONDUROS, and LOCKEMY, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.